# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
## DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 27 PM 5:13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS                            Cr. No. 04-20497-D

ANTONIO LEWIS
    Defendant.

## ORDER OF CONTINUANCE OF REPORT AND TRIAL DATES

**UPON**, motion of the Defendant **Antonio Lewis** to continue the report and trial dates set in this cause for October 27, 2005 and November 7, 2005 respectively, and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. The Report date in this cause is continued from October 27, 2005 to *12-15-05* 2005 and trial from November 7, 2005 to *1-3-06*.

The time from October 27, 2005 to *1-13-06*, 2005 is excluded pursuant to the Speedy Trial Act 18 U.S.C.§ 3161 (b)(8)(A) to facilitate additional time for defense counsel to prepare for trial and further the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant to a speedy trial.

**IT IS SO ORDERED** on this *27th* day of *October*, 2005

HONORABLE BERNICE B. DONALD
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *10-28-05*



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CR-20497 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT